Jerome S. Cohen (SBN 143727)
Elaine V. Nguyen (SBN 256432)
3731 Wilshire Boulevard (Suite 514)
Los Angeles, CA 90010
Tel: 213-388-8188
Fax: 213-388-6188
jsc@jscbklaw.com

Attorney for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA--SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re: | ) CASE NO. 1:09-bk-23058 GM |
| GARY KAYAYAN, | ) Chapter 11 |
| Debtor | ) **DECLARATION OF ELAINE V. NGUYEN** </br> ) **IN SUPPORT OF DEBTOR'S DISCLOSURE** </br> ) **STATEMENT AND PLAN OF** </br> ) **REORGANIZATION** |

**DECLARATION OF ELAINE V. NGUYEN**

I, ELAINE V. NGUYEN, declare:

    1.    I am an associate attorney employed by Jerome S. Cohen, counsel of record herein for Gary Kayayan, Debtor and Debtor-in-Possession (the "Debtor"). All facts stated herein are known by me to be true through my own personal knowledge and I would and could competently testify thereto in a court of law if called upon to do so.

    2.    I make this declaration in support of the Debtor's *Disclosure Statement* ("Disclosure Statement") and *Plan of Reorganization* (the "Plan") filed concurrently herewith.

    3. On October 2, 2009, Debtor filed his voluntary petition commencing the instant case.

-1-

4. On February 25, 2010, Debtor's *Motion for Valuation of Real Property Located at 14135 Moorpark Street, Sherman Oaks, California, 91423* ( "14135 Valuation Motion") came on for hearing in Courtroom 303, of the United States Bankruptcy Court, before the Honorable Geraldine Mund, United States Bankruptcy Judge.

5. On March 24, 2010, the Court entered its Order regarding the 14135 Valuation Motion (the "Valuation Order").

6. The Valuation Order states as follows: "[t]he value of 14135 Moorpark is $750,000.00 for purposes of plan treatment, if and only if, **the confirmation of Debtor's Chapter 11 plan occurs on or before June 30, 2010**" and "that the hearing regarding confirmation of **Debtor's plan and disclosure statement must be scheduled on or before May 18, 2010**, with appropriate notice given to all creditors and parties in interest".

7. Due to my own inadvertence, and through no fault of the Debtor, I mis-calendered the May 18, 2010 deadline for the hearing regarding confirmation of the Debtor's plan and disclosure statement.

8. On April 16, 2010, I filed Debtor's Disclosure Statement and Plan.

9. In order to comport with the 36 day notice requirement of Local Bankruptcy Rule 3017-1, I self-calendered the hearing on Debtor's Disclosure Statement and confirmation of Debtor's Chapter 11 plan for **May 25, 2010**. This hearing date is **seven (7)** days beyond the deadline the Court set in the Valuation Order, that is, **May 18, 2010.**

10. I respectfully request that the Court allow the hearing on Debtor's Disclosure Statement and Plan to proceed on May 25, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 16, 2010, at Los Angeles, California.

                                                 */s/ Elaine V. Nguyen*
                                                 Elaine V. Nguyen

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3731 Wilshire Blvd., Suite 514, Los Angeles, CA 90010.

A true and correct copy of the foregoing document described
**DECLARATION OF ELAINE V. NGUYEN IN SUPPORT OF DEBTOR'S DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 16, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Gregory J Babcock    bknotice@mccarthyholthus.com
- Jerome S Cohen    jsc@jscbklaw.com
- David F Makkabi    cmartin@pprlaw.net
- Christopher M McDermott    ecfcacb@piteduncan.com
- Cassandra J Richey    cmartin@pprlaw.net
- S Margaux Ross    margaux.ross@usdoj.gov
- Timothy J Silverman    tim@sgsslaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

**II.   SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On April 16, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

```
Honorable Geraldine Mund
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367
```

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 16, 2010 | Alberto Ruiz | /s/ Alberto Ruiz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |